UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mary E. Patino,  Case No. 3:14-cv-01749

    Plaintiff

v.  ORDER

Commissioner of Social Security,

    Defendant

    Before me is the Report and Recommendation of Magistrate Judge James R. Knepp, filed on July 27, 2015, recommending I reverse the Commissioner of Social Security's decision denying Plaintiff Mary Patino's application for Disability Insurance Benefits and Supplemental Security Income based on the Administrative Law Judge's ("ALJ") treating-physician analysis while affirming the ALJ's Step Three and witness-credibility determinations. (Doc. No. 19). Under the relevant statute, "[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court." 28 U.S.C. § 636(b)(1); *United States v. Campbell,* 261 F.3d 628 (6th Cir. 2001). In this case, the fourteen day period has elapsed and no objections have been filed.

    The failure to file written objections to the Magistrate Judge's report and recommendation constitutes a waiver of a determination by the district court of an issue covered in the report. *Thomas v. Arn,* 728 F.2d 813 (6th Cir. 1984), *aff'd,* 474 U.S. 140 (1985); *see also United States v. Walters,* 638 F.2d 947 (6th Cir. 1981); *Smith v. Detroit Fed'n of Teachers, Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987) ("only those specific objections to the magistrate's report made to the district court will be preserved for appellate review").

Following review of the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety as the Order of the Court. The Commissioner's decision is reversed and the case is remanded to the Commissioner for further proceedings.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge
